IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL NICHOLS, | ) **JUDGE PALLMEYER** |
| PLAINTIFF, | ) **02C 5205** |
| SEE PLAINTIFF'S LIST | ) |
| AND OTHER PERSONS | ) |
| SIMILARLY SITUATED | ) |
| | ) MAGISTRATE JUDGE NOLAN |
| V. | ) |
| | ) |
| UNITED STEELWORKERS OF AMERICA, | ) |
| REPUBLIC TECHNOLOGIES OF AMERICA, | ) |
| | ) |
| DEFENDANTS, | ) |

## COMPLAINT

Now comes, MICHEAL NICHOLS A MEMBER OF THE UNITED STEELWORKERS OF AMERICA AND ALL OTHER PLAINTIFF'S SIMILARLY SITUATED, by Robert M. Salzman Attorney at Law. Complaining of UNITED STEELWORKERS OF AMERICA AND REPUBLIC TECHNOLOGIES, and in support states as follows:

## JURISDICTION AND VENUE

1.)   This suit is to recover back wages, loss of pensions and other monetary rights, as well as, liquidated and punitive damages. Federal question jurisdiction arises, pursuant to section 9a of Title 29 USC (# 159(a) and (301) of the Labor Management Relations Act. A portion of said, statute is to redress violation by the Union of its Fair Representation Standards on behalf of the plaintiff and all other Union Members similarly situated.

for the 15% reduction on January 24th, 2002. Said reduction went into effect and continued to approximately July 15th, 2002. Said reduction went to both, Wages and Pension and Health Benefits.

8.) But for the recommendation of the Union based upon the terms, of the aforementioned, Legislation, the Plaintiffs would not have approved said pay reduction.

9.) At the time in question and more specifically prior to the vote the legislation in question, "The Emergency Steel Loan" [Guarantee Program] had been terminated as of December 31st, 2001. The Union, although aware of this still had its memberships vote to approve the 15% reduction based upon non-existent terms. If the Plaintiffs' had been made aware of the termination, they would not have approved the reduction.

10.) Although, the Emergency Loan circumstances were invalid at the time. The defendants made no attempt to undo said reduction. In fact, the reduction continued till approximately July 15th, 2002. All to the benefit of the defendants, and to the detriment of the plaintiff.

11.) At the time of the vote in question, (January 24th, 2002), the defendants Union failed to represent the plaintiffs and others similarly situated fairly and impartially. Further, said recommendation made by the Union was not rational conduct under, The Fair Representation Standard and grossly negligent.

2.) The Defendant's are corporation domiciled in Illinois and various other states.

3.) The Defendant United Steelworker was the exclusive bargaining agent for the plaintiffs at the times referred herein. Said representation arose out of the plaintiffs' membership more specifically, in Local 1033 of said Union.

4.) The Defendant Republic Technologies International was the employer of the plaintiffs.

## STATEMENT OF CLAIM

5.) On or before January 24th, 2002 and more specifically on December 2001, defendant United Steel Workers, published and promoted to the plaintiffs, its recommendation that its membership vote and approve and 15 % reductions in a pay scale so that there would be a financial benefit to the employer, Republic Tech. Said benefit would also accrue ultimately to the plaintiffs.

6.) The agreement to reduce, would only be effective after the approval vote, if the defendant Republic, secured a 250 Million Loan, under Legislation known as, The Emergency Steel Loan Guarantee Program, and approval by the Pension Benefit Guarantee Corporation (See attached Exhibit A Portion of Summary of Recommendation by Union).

7.) Based, upon the recommendation referred to above the Plaintiff and other Union members voted

12.) As a direct result of the actions of the Union and it's unfair representation and the actions of the employer, the plaintiff and all other similarly situated, lost income in an amount that was 15% less than normal for at least 6 (six) months. In addition, they lost whatever other benefits would be based upon income.

Wherefore, the plaintiff and all others similarly situated, request that, the Courts order the following:

a) The Union and Company award all back pay and benefits, that the plaintiffs' lost as a result of improper 15% pay reduction.

b) That the Union and Company pay all attorney's fees and costs, incurred by present action.

c) Whatever, other relief, the Court sees fit to award, including damages both compensatory and punitive.

Respectfully submitted,

By /s/
Robert M. Salzman

Robert M. Salzman
79 West Monroe Street, Suite 626
Chicago, Illinois 60603
(312) 553-4514

# PLAINTIFF'S LIST

**02 C 5205**

- Mitchell Jones
- Charles Blue
- S. Jovanovic
- Mile Vlajnic
- Garry House
- William Ryan
- Jesus Villicna
- Joseph Benkovich
- Anastacio Chagoya
- Emil Simich
- Florencio Cornel
- Christine Pearson
- Peter P. Woznicki
- George Bateman
- Melvin Roberson
- Thomas Kaniewski
- Jose L. Lopez
- Frank Billa
- Lettie Tubbs
- Printis Brown
- Frank Green
- Winston Williams
- Dan Gaddni
- Walter Zakrzewski
- Corrine Chengary
- Michael Dzinbczynski
- Joseph Cano
- Ronald Alexander
- Robert Watson
- Curt Blankenship
- Otis Redmond
- Arthur DeBarge
- Jason Shone
- Roberto Montes
- Jesus Arced
- Johnnie Johnson
- Ramon Deleal
- Al J. Stewart
- Albert C. Austin
- Jack M. Shinn

PLAINTIFFS LIST

Nathaniel Knight
John Keslin
John J. Rodriavez
Milovan Radicic
Roland Collier
Billy Pierce
L. Dipilippo
Frank Keslin
Fernando Gonzalez
Alfonso Hernandez

**02 C 5205**

02 C 5205

for prescriptions. There will be fewer options and more restrictions.

**Regulation of Investments.** The company cannot make investments outside the steel industry without Union approval. The Union will get expanded input into corporate decision-making.

The agreement also incorporates all rights and provisions of the 1998 Agreement (1999 Agreement for Lorain) except as specifically modified. In addition to being subject to the bankruptcy court's approval and membership ratification, the agreement will only go into effect if the company secures a $250 million loan under the Emergency Steel Loan Guarantee Program and approval by the Pension Benefit Guaranty Corporation of a new pension funding schedule. In short, the tentative agreement only becomes effective as part of a program that puts RTI on the road to reorganization and recovery, and everyone that has an interest in RTI's success contributes.

This Modified Labor Agreement is consistent with the goals and guidelines for steel crisis negotiations established by the Basic Steel Industry Conference in January 2001. This proposal has been approved by our negotiating committee, the BSIC Advisory Board, and the International Executive Board. **We submit it with a recommendation that you approve it.**

We urge you to read this summary carefully and then vote. If you have any questions, be sure to contact your local union representative. A complete copy of the settlement is on file at your local union hall. A ballot and voting instructions are contained in this package. To be counted, your ballot must be received by the Post Office in Pittsburgh by the date shown on your instructions.

Without your solidarity, unity and support, this agreement would not have been possible. Together we were able to completely defeat RTI's plan to reorganize the company on the backs of our retirees and active employees. The future of the company is now in your hands.

In solidarity,

Leo W. Gerard
International President and Chairman
Basic Steel Industry Conference

David R. McCall
Chairman
RTI Bargaining Committee

Exhibit A

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**JUDGE PALLMEYER**

I. (a) PLAINTIFFS: Michael Nichols et al

DEFENDANTS: United Steelworker

MAGISTRATE JUDGE NOLAN

02C 5205

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER): Roy Salzman, 79 W. Monroe, 312-553-5549

ATTORNEYS (IF KNOWN): DNA

JUL 24 2002

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL INJURY** ☐ 362 Personal Injury — Med. Malpractice ☐ 365 Personal Injury — Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | | ☒ 710 Fair Labor Standards Act | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | | ☐ 720 Labor/Mgmt. Relations | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 892 Economic Stabilization Act |
| | ☐ 360 Other Personal Injury | | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 861 HIA (1395ff) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 740 Railway Labor Act | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | |
| | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | | **FEDERAL TAX SUITS** | |
| | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | | ☐ 871 IRS — Third Party 26 USC 7609 | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Violation of Fair Labor Standard

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case

☐ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 07-23-02

SIGNATURE OF ATTORNEY OF RECORD: [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS JUDGE PALLMEYER

In the Matter of

Michael Niboli

v. US STEEL

MAGISTRATE JUDGE NOLAN

Case Number: 02C 5205

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

RM SALZMAN

| (A) | (B) |
|---|---|
| SIGNATURE Roberty Saf | SIGNATURE |
| NAME 79 W. Monroe | NAME |
| FIRM Chg Il 60603 | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312 553 4514 | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |

DOCKETED JUL 24 2002